# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3226

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | Appeal from the United States |
| Appellee, | * | District Court for the Western |
| | * | District of Missouri |
| v. | * | |
| | * | [UNPUBLISHED] |
| Cheron Monique Crawford, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: September 14, 2000
Filed: October 13, 2000

_____

Before RICHARD S. ARNOLD and HANSEN, Circuit Judges, and BATTEY,[1] District Judge.

_____

PER CURIAM.

Cheron Monique Crawford appeals her conviction for conspiracy and aiding and abetting the robbery of the Hillcrest Bank in Blue Springs, Missouri. Crawford claims that the government produced insufficient evidence to support the verdict.

We believe an extended discussion of Crawford's fact specific argument would serve no useful purpose because the law is clear. Crawford's argument was presented to the jury which returned a verdict contrary to Crawford's version of those facts. See United States v. Schubel, 912 F.2d 952, 955 (8th Cir. 1990) (a defendant's conviction must

---

[1] The Honorable Richard H. Battey, United States District Judge for the District of South Dakota, sitting by designation.

be upheld if there is substantial evidence to support the jury's verdict). Substantial evidence did exist. We affirm Crawford's conviction. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.